

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-48,152-08

**EX PARTE GARCIA GLEN WHITE, Applicant**

## ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN CAUSE NO. 723847 IN THE 180TH JUDICIAL DISTRICT COURT HARRIS COUNTY

*Per curiam*. KELLER, P.J., and MEYERS, J., dissented to the stay.

## O R D E R

This is a subsequent application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071 § 5.

In July 1996, a jury found applicant guilty of the offense of capital murder. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure Article 37.071, and the trial court, accordingly, set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *White v. State*, No. AP-72,580 (Tex. Crim. App. June 17, 1998)(not designated for publication). This Court denied relief

on applicant's initial post-conviction application for a writ of habeas corpus. *Ex parte White*, No. WR-48,152-01 (Tex. Crim. App. Feb. 21, 2001)(not designated for publication). And it dismissed applicant's three subsequent applications for writs of habeas corpus for not meeting the requirements of Article 11.071 § 5. *Ex parte White*, No. WR-48,152-02 (Tex. Crim. App. Apr. 24, 2002)(not designated for publication) and Nos. WR-48,152-03 and WR-48,152-04 (Tex. Crim. App. May 6, 2009)(not designated for publication).

On January 8, 2015, applicant filed in this Court a Motion for Leave to File an Original Petition for Writ of Habeas Corpus, an Original Petition for Writ of Habeas Corpus, a Motion for Leave to File a Petition for a Writ of Prohibition, a Petition for a Writ of Prohibition, and Motions for a Stay of Execution associated with each pleading. On January 15, 2015, the Court without written order denied leave to file both original pleadings and denied the associated motions to stay the execution. On January 20, 2015, applicant filed another Motion for Leave to File a Petition for a Writ of Prohibition and a Petition for a Writ of Prohibition. The Court the next day without written order denied leave to file the pleading.

Also on January 20, 2015, applicant filed in the trial court this his fourth subsequent application for a writ of habeas corpus. The Court now orders applicant's execution stayed pending further order of this Court.

IT IS SO ORDERED THIS THE 27th DAY OF JANUARY, 2015.

Do Not Publish